UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ARON CONAWAY, | Plaintiff, |
| v. | Civil Action No. 3:21-cv-474-DJH |
| LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT et al., | Defendants. |

\* \* \* \* \*

## ORDER

This case was filed on July 21, 2021, with first and second amended complaints filed thereafter. (Docket No. 1; *see* D.N. 4; D.N. 7) No defendant has yet appeared. On August 24 and 30, 2021, Plaintiff Aron Conaway filed discovery requests in the record. (D.N. 5; D.N. 8) However, under the Federal Rules of Civil Procedure, service of discovery requests at this stage of the litigation is premature: "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B), or when authorized by the[ Federal R]ules, by stipulation, or by court order." Fed. R. Civ. P. 26(d)(1).

Moreover, pursuant to Rule 5(d)(1), "disclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses *must not be filed* until they are used in the proceeding or the court orders filing: depositions, *interrogatories*, requests for documents or tangible things or to permit entry onto land, and requests for admission." Fed. R. Civ. P. 5(d)(1) (emphasis added). Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The Clerk of Court shall **STRIKE** Plaintiff's discovery requests (D.N. 5; D.N. 8) from the docket. Plaintiff may serve written discovery consistent with the litigation plan that will

1

be entered by the Court following the Rule 16 scheduling conference, to be scheduled by subsequent order.

(2)  Pursuant to 28 U.S.C. § 636(b)(1)(A), this matter is **REFERRED** to U.S. Magistrate Judge Colin H. Lindsay for resolution of all litigation planning issues, entry of scheduling orders, consideration of amendments thereto, and resolution of all non-dispositive matters, including discovery issues. Judge Lindsay is further authorized to conduct a settlement conference in this matter at any time.

September 9, 2021

David J. Hale, Judge
United States District Court