UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:21-CV-00474-DJH-CHL

**ARON CONAWAY,** **Plaintiff,**

v.

**LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT, et al.,** **Defendants.**

## ORDER

The undersigned held a telephonic status conference in this matter on October 27, 2022. Participating were the following:

FOR PLAINTIFF: Jeffrey Gorski, David Johnson

FOR DEFENDANTS: Bruce Paul

The undersigned inquired about the Parties' settlement discussions. The Parties reported that they are amenable to settlement following the advancement of discovery. The Parties briefly discussed the logistics of discovery. Defense counsel suggested an informal exchange of basic discovery. The undersigned ordered the Parties to conduct the conference of parties required by Rule 26(f) and file a written joint report reflecting the Parties' proposed discovery plan.

Accordingly,

IT IS HEREBY ORDERED that

(1) **On or before November 4, 2022**, counsel for the parties shall conduct the conference of parties required by Rule 26(f). Topics to be addressed at the conference shall include

possibilities for promptly settling or resolving the case, any issues related to the preservation of discoverable information, and the development of a discovery plan.

(2) At the time of the Rule 26(f) conference of parties or **within fourteen (14) days** thereafter, counsel for the parties shall exchange the disclosures required by Rule 26(a)(1). Counsel shall make supplemental disclosures as required by Rule 26(e).

(3) **Within fourteen (14) days** after the Rule 26(f) conference of parties, counsel for the parties shall file a written joint report outlining the proposed discovery plan and informing the Court whether prompt settlement of the case is possible. The report shall substantially conform to Federal Rules of Civil Procedure Appendix Form 52 and shall advise the Court as to the following:

   a. the parties' views and proposals required by Rule 26(f);

   b. the length of time counsel reasonably believe will be necessary to join other parties and to amend the pleadings;

   c. the length of time counsel reasonably believe will be necessary to file motions;

   d. any issues upon which preliminary discovery will be needed and the length of time counsel reasonably believe will be necessary to conduct such discovery;

   e. the length of time counsel reasonably believe will be necessary to complete all pretrial discovery, including expert witness discovery;

   f. the length of time counsel reasonably believe will be necessary for the parties to make the expert disclosures required by Rule 26(a)(2);

   g. any special instructions concerning interrogatories, requests for admission, or depositions;

   h. the probable length of trial and whether there will be issues to submit to a jury;

i. the dates that are mutually convenient for counsel to assign this case for trial.

*[signature]*

Colin H Lindsay, Magistrate Judge
United States District Court

November 2, 2022

cc: Counsel of record

0|15