**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:21-CV-00474-DJH-CHL**

ARON CONAWAY, **Plaintiff,**

v.

LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT, et al., **Defendants.**

## ORDER

Pursuant to the Court's November 4, 2022 order, the Parties were directed to jointly a report outlining the proposed discovery plan and informing the Court whether prompt settlement of the case is possible. (DN 27.) The Parties were directed to file this report within fourteen (14) days after the Rule 26(f) conference of the parties, which was to be conducted on or before November 4, 2022. (*Id.* at PageID # 342.) The Parties failed to do so.

Accordingly,

IT IS HEREBY ORDERED that **on or before December 12, 2022**, the Parties shall file a written joint report outlining the proposed discovery plan and informing the Court whether prompt settlement of the case is possible. The report shall substantially conform to Federal Rules of Civil Procedure Appendix Form 52 and shall advise the Court as to the following:

a. the parties' views and proposals required by Rule 26(f);

b. the length of time counsel reasonably believe will be necessary to join other parties and to amend the pleadings;

c. the length of time counsel reasonably believe will be necessary to file motions;

d. any issues upon which preliminary discovery will be needed and the length of time counsel reasonably believe will be necessary to conduct such discovery;

e. the length of time counsel reasonably believe will be necessary to complete all pretrial discovery, including expert witness discovery;

f. the length of time counsel reasonably believe will be necessary for the parties to make the expert disclosures required by Rule 26(a)(2);

g. any special instructions concerning interrogatories, requests for admission, or depositions;

h. the probable length of trial and whether there will be issues to submit to a jury;

i. the dates that are mutually convenient for counsel to assign this case for trial.

Colin H Lindsay, Magistrate Judge
United States District Court

December 5, 2022

cc: Counsel of record