UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE
CASE NO. 3:21-cv-474-DJH

ARON CONAWAY                      PLAINTIFF

v.

LOUISVILLE/JEFFERSON COUNTY METRO
GOVERNMENT, *et al.*                DEFENDANTS

*** *** *** ***
*Electronically Filed*
**REPORT OF PARTIES PLANNING MEETING**

**I.** Pursuant to F.R.C.P. 26(f), the parties have conferred concerning an agreed litigation plan and proposed the following to the Court:

**II. Prediscovery Disclosures.**

The exchange of information required by F.R.C.P. 26(a)(1) to be completed by December 2, 2022.

**III. Discovery Plan.**

The Defendants propose to the Court the following discovery plan:

- Discovery will be needed on the following subjects:

  The Plaintiff's claims, the Defendants' defenses, liability and damages.

- All fact discovery to be completed by June 1, 2023.

- Requests for Documents, including electronic information, by each party to any other party will be governed by F.R.C.P. 34 and, unless otherwise agreed on by the parties, electronically stored information shall be produced in searchable PDF format unless otherwise agreed upon by the parties. This PDF formatting requirement does not apply to video footage.

- Interrogatories by each party to any other party will be governed by F.R.C.P. 33.

• Request for Admissions by each party to any other party will be governed by F.R.C.P. 36.

• Maximum of twenty (20) depositions by Plaintiff and twenty (20) depositions by each Defendant, subject to any additional depositions at the request of either party. The duration of each deposition will be governed by F.R.C.P. 30 unless extended by agreement of the parties or by order of the Court.

• Reports from retained experts under F.R.C.P. 26(a)(2) due:

- From Plaintiff December 1, 2023;
- From Defendants February 2, 2024.

**IV. Other items.**

• The parties do not request a pretrial conference at this time.

• All potentially dispositive motions shall be filed by March 15, 2024.

• Settlement cannot be evaluated prior to the completion of discovery and a settlement conference is not requested at this time.

• Final list of witnesses and exhibits under Rule 26(a)(3) should be due thirty (30) days prior to trial.

• Parties shall have fourteen (14) days after the service a final list of witnesses and exhibits to list objections under Rule 26(a)(3).

• The trial of this case is expected to last approximately three (4) days, with the parties anticipating being ready for trial in Winter 2023-Spring 2024.

Respectfully submitted,

*/s/ Bruce B. Paul*

CHRIS J. GADANSKY
(KBA # 89186)
BRUCE B. PAUL
(KBA# 91244)
McBrayer PLLC
500 West Jefferson Street
Suite 2400
Louisville, KY 40202
Phone : (502) 327-5400
cgadansky@mcbrayerfirm.com
bpaul@mcbrayerfirm.com
*Counsel for Defendants*

/S/ David R. Johnson
(w/permission)
Hon. David Ross Johnson
THE LAW OFFICE OF
 DAVID ROSS JOHNSON, PLLC
821 South Second Street
Louisville, Kentucky 40203
F: (502) 690-8438
E: LouisvilleCounselor@Gmail.com
*Co-Counsel for Plaintiff*

/S/ Jefferey A. Gorski
(w/permission)
Hon. Jeffrey A. Gorski
GORSKI LAW OFFICE, P.S.C.
821 South Second Street
Louisville, Kentucky 40203
P: (502) 569-6795
F: (502) 690-8438
E: JGorskiLaw@AOL.com
*Co-Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 12, 2022, the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will send notice of electronic filing to the registered counsel.

               */s/ Bruce B. Paul*
               ***Counsel for Defendants***