UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ARON CONAWAY,                                                              Plaintiff,

v.                                              Civil Action No. 3:21-cv-474-DJH-CHL

LOUISVILLE/JEFFERSON COUNTY                               Defendant.
METRO GOVERNMENT,

\* \* \* \* \*

## SCHEDULING ORDER

Pursuant to the Court's December 6, 2022 order (DN 28), the Parties filed a joint Report of Rule 26(f) Planning Meeting. (DN 29.) Based on the Report, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) Initial disclosures pursuant to FRCP 26(a)(1) shall be completed no later than **December 28, 2022**.

(2) Any motion to amend pleadings or motion to join additional parties shall be filed no later than **March 15, 2023**.

(3)    (a)    Identification of experts in accordance with FRCP 26(a)(2) shall be due

                  By Plaintiff:        no later than **August 1, 2023**

                  By Defendant:     no later than **October 2, 2023**

   (b)    If a party intends to offer testimony from a treating physician who will not be designated as an expert in accordance with paragraph (a) above, the party who will call the treating physician shall disclose in writing the substance of the facts and opinion to which the physician is expected to testify and a summary of the grounds for each opinion. This requirement may be satisfied by furnishing a report signed by the treating

1

physician or by a narrative disclosure. No deposition of any treating physician shall be conducted until after the required disclosure is made.

In the absence of good cause shown, no witness shall be permitted to testify except upon compliance with the provisions of this order.

(4) The parties shall complete fact discovery no later than **June 1, 2023**. The parties shall complete expert discovery no later than **November 16, 2023.** No motion pertaining to discovery may be filed without first having a joint telephonic conference with Magistrate Judge Lindsay arranged through his chambers.

(5) Supplementations under FRCP 26(e) shall be completed no later than **May 1, 2023**.

(6) No later than **December 18, 2023**, counsel for the parties shall file all dispositive motions and any motions objecting to the admissibility of expert witness testimony under Federal Rule of Evidence 702, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999).

(7) The Court will conduct a telephonic status conference thirty (30) days prior to the close of discovery on **October 11, 2023 at 9:30 AM EST**. **Counsel for the parties shall connect to the telephonic status conference by dialing 1-888-808-6929 and entering access code 2773744.**

(8) Upon request, the Court will set this matter for a settlement conference.

Colin H Lindsay, Magistrate Judge
United States District Court

December 14, 2022

cc: Counsel of record