UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ARON CONAWAY,     Plaintiff,

v.     Civil Action No. 3:21-cv-474-DJH-CHL

LOUISVILLE/JEFFERSON COUNTY
METRO GOVERNMENT et al.,     Defendants.

\* \* \* \* \*

**ORDER**

    Plaintiff Aron Conaway and Defendants Louisville/Jefferson County Metro Government; Greg Fischer; Robert Schroeder; LaVita Chavous; LMPD Officer Joseph Berg; William E. Hayes; Stacey L. Davenport; and Michael Pugh have filed an agreed order of dismissal with prejudice as to Conaway's claims against the listed defendants. (Docket No. 46) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

    **ORDERED** as follows:

    (1)    Conaway's claims against Metro; Fischer; Schroeder; Chavous; Berg; Hayes; Davenport; and Pugh are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate Louisville/Jefferson County Metro Government; Greg Fischer; Robert Schroeder; LaVita Chavous; LMPD Officer Joseph Berg; William E. Hayes; Stacey L. Davenport; Michael Pugh; and Robert Jones[1] as defendants in the record of this matter.

    (2)    All claims having been resolved (*see* D.N. 24), this matter is **DISMISSED** with prejudice, **STRICKEN** from the Court's docket and **CLOSED**.

February 21, 2024

David J. Hale, Judge
United States District Court

---

[1] The Court dismissed all claims against Jones on September 29, 2022. (*See* D.N. 24)

1